Let me ask if counsel for the McQueen D.H.L. Holdings case, are you present? Yes. Would you like to come forward, please? It's been represented that this case is settled, is it? That's correct, Your Honor. Okay, and so you will not be requesting oral argument? That's correct. Okay, and when will those settlement papers be filed? I have a motion to dismiss for the court here today, and the contracts were approved by Commissioner Brennan yesterday at the commission. Okay, very good. If you would leave that with the clerk, please, for us. Certainly. I think then we'll strike your case for oral argument and enter the appropriate orders. Thank you, counsel. Now please go.